| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of Florida |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an amended filing

# Official Form 401
## Chapter 15 Petition for Recognition of a Foreign Proceeding      12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name** — BANCA TURCO ROMANA SA

2. **Debtor's unique identifier**

   **For non-individual debtors:**
   ☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___
   ☑ Other  5019551; 23/2695/2002 . Describe identifier  Fiscal code; Registration nr .

   **For individual debtors:**
   ☐ Social Security number:  xxx – xx– ____ ____ ____ ____
   ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____ ____ ____ ____
   ☐ Other _____ . Describe identifier _____ .

3. **Name of foreign representative(s)** — MARINA CORNELIA SAITA

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred** — BUCHAREST COURT -- VII COMMERCIAL CHAMBER -- FILE NO. 143/2/2002

5. **Nature of the foreign proceeding**
   *Check one:*
   ☑ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**
   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.
   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.
   ☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   Power of attorney appointing foreign representative; debtor's certificate of good standing; order recognizing Romanian bankruptcy in Switzerland

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**
   ☑ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☐ Yes

| Debtor | BANCA TURCO ROMANA SA | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

8. **Others entitled to notice**

    Attach a list containing the names and addresses of:

    (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

    (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

    (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

    **Country where the debtor has the center of its main interests:**

    ROMANIA

    **Debtor's registered office:**

    Bulevardul Voluntari nr. 88,
    Number        Street

    Oras Voluntari, judetul Ilfov
    P.O. Box

    Voluntari, 077190
    City        State/Province/Region    ZIP/Postal Code

    Romania
    Country

    **Individual debtor's habitual residence:**

    _____
    Number        Street

    _____
    P.O. Box

    _____
    City        State/Province/Region    ZIP/Postal Code

    _____
    Country

    **Address of foreign representative(s):**

    1001 Brickell Bay Dr., 9th Floor
    Number        Street

    _____
    P.O. Box

    Miami, Florida 33131
    City        State/Province/Region    ZIP/Postal Code

    USA
    Country

10. **Debtor's website** (URL)    _____

11. **Type of debtor**

    *Check one:*

    ☑ Non-individual (*check one*):

    ☑ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ❑ Partnership

    ❑ Other.  Specify: _____

    ❑ Individual

| Debtor | BANCA TURCO ROMANA SA | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____     Marina Cornelia Saita
   Signature of foreign representative     Printed name

Executed on  _____
             MM / DD / YYYY

✗ _____     _____
   Signature of foreign representative     Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

✗ s/ Arnoldo B. Lacayo                         Date  03/13/2017
   Signature of Attorney for foreign representative        MM / DD / YYYY

Arnoldo B. Lacayo
Printed name

Astigarraga Davis Mullins & Grossman, P.A.
Firm name

1001 Brickell Bay Drive, 9th Floor
Number        Street

Miami                                          FL        33131
City                                           State     ZIP Code

(305) 372-8282                                 edavis@astidavis.com
Contact phone                                  Email address

675482                                         FL
Bar number                                     State

Official Form 401     Chapter 15 Petition for Recognition of a Foreign Proceeding     page 3

Debtor    **BANCA TURCO ROMANA SA**    Case number (if known) _____
       Name

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _/s/ M. Saita_    Marina Cornelia Saita
   Signature of foreign representative    Printed name

Executed on  03/14/2017
            MM / DD / YYYY

✗ _____    _____
   Signature of foreign representative    Printed name

Executed on  _____
            MM / DD / YYYY

**14. Signature of attorney**

✗ _____    Date  03/14/2017
   Signature of Attorney for foreign representative        MM / DD / YYYY

Arnoldo B. Lacayo
Printed name
Astigarraga Davis Mullins & Grossman, P.A.
Firm name
1001 Brickell Bay Drive, 9th Floor
Number    Street
Miami    FL    33131
City    State    ZIP Code

(305) 372-8282    edavis@astidavis.com
Contact phone    Email address

675482    FL
Bar number    State